In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-13-00494-CR
_____

REBECCA DONNETT HARKEY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 411th District Court
Polk County, Texas
Trial Cause No. 21523

**MEMORANDUM OPINION**

Rebecca Donnett Harkey pleaded guilty to aggravated robbery. *See* Tex. Penal Code Ann. § 29.03 (West 2011). The trial court found the evidence sufficient to find Harkey guilty, but deferred further proceedings and placed Harkey on community supervision for ten years and assessed a $2,000 fine. The State subsequently filed an amended motion to adjudicate guilt. Harkey pleaded "true" to violating the terms of her community supervision. The trial court found Harkey

violated the conditions of her community supervision, found Harkey guilty of aggravated robbery, and assessed punishment at forty-five years of confinement.

Harkey's appellate counsel filed a brief that presents counsel's professional evaluation of the record. Counsel concludes there are no arguable points of error. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). This Court granted an extension of time for appellant to file a *pro se* response. We received no response from appellant.

We have reviewed the appellate record and agree with counsel's conclusion. *See Bledsoe v. State*, 178 S.W.3d 824, 826-28 (Tex. Crim. App. 2005); *Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). It is unnecessary to order appointment of new counsel to re-brief the appeal. *See Bledsoe*, 178 S.W.3d at 826-28; *compare Stafford*, 813 S.W.2d at 511. The trial court's judgment is affirmed.

AFFIRMED.

_____
LEANNE JOHNSON
Justice

Submitted on May 22, 2014
Opinion Delivered June 11, 2014
Do Not Publish

Before Kreger, Horton and Johnson, JJ.